AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   8:26MJ44 |
| GIOVANNY OCANTO-YANCE, HENRY GONZALEZ GUTIERREZ, MAURO BRICENO CALDERA, AND WESTER EDUARDO DUGARTE GOICOCHEA, | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  on or about December 12-20, 2025  in the county of _____  in the

_____ District of  Nebraska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Burglary |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Stigge, TFO, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  2/10/2026

_____
*Judge's signature*

City and state:    Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

DISTRICT OF NEBRASKA )
) ss. Affidavit of TFO BRANDON STIGGE
COUNTY OF DOUGLAS

I, Brandon Stigge, having been first duly sworn, do hereby depose and state as follows:

1.  Your affiant, Brandon Stigge is a Task Force Officer assigned to FBI Omaha. In my duties as a Task Force Officer, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a Task Force Officer with the Federal Bureau of Investigation ("FBI") since February of 2016. I am currently assigned to the Cyber Task Force (CTF) of the FBI's Omaha Division. My responsibilities include the investigation of possible violations of federal law.

2.  The United States is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to different jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has a "scout" to find ATMs, a driver, a person to install the malware, and a person to withdraw the cash from the ATM once the malware is installed. The investigation concerns possible violations of, inter alia, 18 U.S.C. § 371 (Conspiracy).

3.  This Affidavit is submitted in support of a criminal complaint and arrest warrant for Giovanny Ocanto-Yance, Henry Gonzalez Gutierrez, Mauro Briceno Caldera and Wester Eduardo Dugarte Goicochea for violations of Title 18, United States Code, Section 371 (Conspiracy to Commit Bank Burglary). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted, and information provided to me by other law enforcement officers verbally and through written reports.

4.  On or around December 15, 2025, Special Agent Daniel Crites with the Financial Crimes Intelligence Center of Texas (FCIC), began an investigation into a group of individuals in the Houston area who are linked to multiple ATM jackpotting attempts across the country and who are a part of an international jackpotting conspiracy involving Tren de Aragua and has transnational ties to criminal organizations in Venezuela, Mexico and Spain. This specific group of individuals includes Henry Gonzalez Gutierrez, Mauro Briceno Caldera and Wester Eduardo Dugarte Goicochea among others. SA Crites

reported that he had tied this particular group of individuals to six ATM jackpots in the Houston Metropolitan area in Texas and one jackpot in Henderson, Tennessee. SA Crites stated that FCIC has been able to attribute this group to an ATM jackpots at the following locations:

- On 12/12/2025 at PNC Bank at 11375 Fountain Lake Drive Stafford, Fort Bend County, TX 77477 an attempted ATM jackpot occurred, which the ATM was manipulated.
- On 12/13/2025, an attempted ATM jackpot was conducted at Comerica Bank at 525 N Highway 6, Sugar Land, Fort Bend County, Texas, 77478. The ATM was manipulated at this bank.
- On 12/13/25 Simmons Bank, 12840 US 59 Freeway Southbound, Stafford, Fort Bend County, Texas experienced an attempted ATM jackpot where the ATM was manipulated.
- On 12/14/25, Regions Bank at the 6500 block of FM 1488, Montgomery County, Texas was victimized for approximately $30,000.
- On the same day, 12/14/2025, Simmons Bank, 6910 FM 1488, Montgomery County, Texas experienced an attempted jackpot, where the ATM was manipulated.
- On 12/14/2025, 5 Point Credit Union at 3570 FM 1488, Suite 700, Montgomery County, Texas experienced an attempted jackpot, where the ATM was manipulated.
- On 12/20/2025, Truist Bank at 221 E Main St, Hendersonville, TN 37075 experienced an attempted jackpot, where the ATM was manipulated. A suspect, Christian Delgado Arroyave was arrested at the ATM, where his cell phone was subsequently reviewed and revealed conversations with individuals that were engaged in ATM jackpots across the country.

5.      According to a confidential source, Henry Gonzalez Gutierrez, Mauro Briceno Caldera and Wester Eduardo Dugarte Goicochea participated at all these ATM jackpots, except one in which Wester Eduardo Dugarte Goicochea was not present. Wester Eduardo Dugarte Goicochea's role was to receive the funds and Henry Gonzalez Gutierrez and Mauro Briceno Calderas' roles were to conduct surveillance. The confidential source reported that Henry Gonzalez Gutierrez, Mauro Briceno Caldera and Wester Eduardo Dugarte Goicochea and others conducted or attempted to conduct jackpots at approximately ten locations, that the source recalled. The confidential source reported that the group was involved in numerous ATM jackpotting incidents across the United States. The source indicated participation in over fifty attempted and successful jackpots within the past several months. Due to the large number of incidents spanning multiple states, precise details regarding the amounts stolen and the specific financial institutions involved may be inconsistent. The source explained that, given the volume of activity and the time elapsed, certain dates, times, and bank names were approximated. Additionally, because the source visited numerous banks, it was difficult to accurately identify each institution. The information below is what the confidential source could recall from memory and the confidential source provided the following information:

- November 7, 2025: A successful jackpot at a PNC Bank ATM at 10032 Long Point Road in Houston, Texas in which approximately $22,000 was obtained. (PNC bank reported a loss of $48,050.00 on this date and time.)
- November 12, 2025: A successful jackpot at a Broadway Bank ATM at 20710 U.S. Hwy 281 N in San Antonio, TX in which approximately $30,000 was obtained. An additional 12 other ATMs were opened on that day. (Broadway Bank reported a loss of $24,000 and reported this incident to law enforcement)
- November 13, 2025: A successful jackpot at a PNC Bank ATM at in San Antonio, Texas in which approximately $90,000 was obtained. (PNC could not confirm a loss on this date and time.)
- November 23, 2025: An attempted jackpot at Broadway Bank ATM at 5557 FM 3009 in Schertz, Texas. (Broadway Bank confirmed there was an attempted jackpot at this date and time and reported it to law enforcement)
- December 13, 2025: An attempted jackpot at a Simmons Bank ATM at 12840 Southwest Freeway in Stafford, Texas. (Broadway Bank confirmed there was an attempted jackpot at this date and time and reported it to law enforcement.)
- December 13, 2025: An attempted jackpotting at a Comerica Bank ATM at 525 N Highway 6 in Sugar Land, Texas in which Wester Eduardo Dugarte Goicochea was <u>not present</u>. (Comerica Bank confirmed there was an attempted jackpot at this date and time and reported it to law enforcement)
- December 14, 2025: An attempted jackpot at a Simmons Bank ATM at 6910 FM 1488 in Magnolia, Texas. (Simmons Bank confirmed there was an attempted jackpot at this date and time and reported it to law enforcement)
- On 12/14/2025: An attempted jackpot at a 5 Point Credit Union ATM at 3570 FM 1488, Ste. 700 in Conroe, Texas. (5 Point Credit Union confirmed there was an attempted jackpot at this date and time and reported it to law enforcement)
- On 12/14/2025: A successful jackpot at a Regions Bank ATM at 6534 FM 1488 in Magnolia, Texas in which approximately $20,000-25,000 was obtained. (Regions Bank confirmed there was a successful jackpot at this date and time and reported it to law enforcement. Approximately $30,000.00 was stolen)
- On 12/20/2025: An attempted jackpot at a Truist Bank ATM at 221 E Main Street in Hendersonville, TN. (Truist Bank confirmed there was an attempted jackpot at this date and time and reported it to law enforcement, subsequently law enforcement apprehended Christian Delgado Arroyave)

6.  During the months of December 2025 and January 2026, SA Crites and Texas FCIC conducted surveillance on several vehicles that FCIC had identified involved in the above-mentioned ATM jackpots. Surveillance teams for FCIC were able to discern that these subjects involved in the jackpots were utilizing different vehicles for different roles within the organization. Investigative efforts also revealed members of this group changed vehicles several times to mitigate law enforcement and bank surveillance. A white Toyota 4 Runner (TX License Plate WTB956) registered to Mauro Angel Briceno-

Caldera was observed on License Plate Reader (LPR) Databases to be in the location of all three of the ATM jackpots in Montgomery County, TX incidents and the Hendersonville, Tennessee incident. See below for reference:



*This photograph is from LPR on 12/26/2025 and depicts the vehicle registered to Mauro.*

7.    A black Toyota 4 Runner (FL License plate FHXL28), registered to Wester Eduardo Dugarte Goicochea was surveilled by law enforcement as they received information that Goicochea was involved in jackpots. This vehicle was seen on LPRs several times in the Houston Metropolitan area and areas throughout Texas. FCIC and law enforcement partners did not observe this specific vehicle at ATM jackpot locations but were informed by sources and by surveillance that the vehicle was transient and Goicochea does not have a specific address, as he had been observed travelling from hotels in Dallas, San Antonio, Austin and Houston, Texas. Intelligence received through confidential human sources, and law enforcement surveillance suggested that Wester Eduardo Dugarte Goicochea engaged in ATM jackpots, but would not drive his own vehicle, and often times would be driven by members of the jackpotting team, eliminating his need to use his own vehicle.

8.    In January 2026, law enforcement, specifically Houston Police Officer Juan Montelongo learned information specific to Mauro Briceno Caldera. Through source intelligence and surveillance, he was able to identify that Caldera was driving a new vehicle, a 2021 gray Hyundai Elantra bearing Texas Plate VMV3199. The vehicle is registered to Ana A Deroes Hernandez. He also learned that Caldera and members of the group were changing vehicles as part of the tradecraft and techniques used by a criminal organization. A picture of the Hyundai Elantra can be seen below:



9.    On January 30th, 2026, SA Crites learned that members of the criminal organization were mobilizing and planning an ATM operation in Louisiana, specifically Baton Rouge Metropolitan area. SA Crites deployed surveillance techniques and informed members of the Louisiana State Police of the possible operation.

10.    SA Crites checked License Plate Reader databases on January 30th, 2026, and was able to identify the white Toyota 4 Runner, now with a TX plate THY5909 was in Baton Rouge, LA on 1/30/2026 at 1715 hours.

11.    On January 30th, 2026, Louisiana State Police (LSP) Detectives were contacted by SA Crites, and they were informed about the suspects in his investigation. Technical surveillance revealed that members of the group were in Baton Rouge and surrounding areas.

12.    On January 31st, 2026, at approximately 1230 hours, East Baton Rouge detectives conducted surveillance and observed a blue BMW sedan stop at Essential Credit Union's ATM located at 2370 Towne Center Blvd, Baton Rouge, LA). A subject exited the vehicle and manipulated the panel on the ATM for a brief period. They opened the hood of the ATM and subsequently left the area.  A Toyota 4Runner, Volkswagen, and Hyundai remained in the immediate area and continued to surveil the ATM.

13.    On January 31st, 2026, Louisiana State Police continued surveillance, and law enforcement viewed the BMW sedan drive to various banks around shopping centers in the Baton Rouge area. It drove to Wells Fargo and Essential Credit Union, while all three other vehicles, the Toyota 4 Runner, Hyundai, and Volkswagen staged in the immediate area of the ATM's conducting counter surveillance.

14.    The BMW sedan relocated to an address of 903 Cresent Street in Breaux Bridge, LA. SA Crites and LSP Detectives were able to identify that address was listed as an AirBnB location. Detectives conducted surveillance at the 903 Crescent Street address and identified four vehicles at the residence to include the Hyundai Elantra (TX Plat VMV3199). The other three vehicles were a white Volkswagen SUV (TX/XRM4420), a white Toyota 4Runner (TX/THY5909), and a blue BMW sedan (TX/RYD5939).

15.    Louisiana State Police and Special Agents from the FBI in Lafayette, LA executed a Louisiana state search warrant at 903 Crescent Street, Breaux Bridge. LA at 2150 hours.

16.    During the search warrant, law enforcement identified seven subjects in the residence, who were subsequently detained and arrested. For "Theft or criminal access of an automated teller machine" and one count for "Criminal Conspiracy".

17.    The seven individuals were arrested by local law enforcement:
- o    Mauro Briceno Caldera (H/M, DOB:10/28/1988)
- o    Henry Gonzalez Gutierrez (H/M, DOB:07/28/1988)
- o    Wester Eduardo Dugarte Goicochea (H/M, DOB:12/29/1982)
- o    Giovanny Ocanto Yance (H/M, 02/19/2000)
- o    Jeanmar Milla-Parrar (H/F, DOB:07/28/1994)
- o    Alexis Gonzalez-Rodriguez (H/M, 07/15/1996)
- o    Wildrian Caceres-Bautista (H/M, 05/29/1998)

18.    A search warrant for the residence revealed several items of evidentiary interest to include
- o    Twelve (12) cell phones
- o    Two (2) master ATM keys



*Note: These are keys specifically designed to open hoods or doors for ATMs.*

- o    One (1)  electronic device "CaptainDma-75TV3.0



*Note: This is a DMA (Direct Memory Access) board, specialized hardware to exploit, read and manipulate computer memory directly.*

- o   One (1) Motorola Mifi portable Wifi device



- o   One (1) black note book containing ledgers and surveillance notes
- o   One (1) black duffle bag containing miscellaneous construction tools (i.e. Power drill, screw drivers, surgical mask, etc)



o   One (1) unopened package containing CAT cable kit



19.   The BMW, Hyundai, Volkswagen, and 4Runner were located parked outside the residence and were towed to LSP Bureau of Investigations Region II Headquarters, 437 W. Mills

Ave, Breaux Bridge, LA 70517.

20. On Saturday, December 13th, 2025, Deputies of the Pottawatomie County Sheriff's Office were dispatched to a suspicious activity call at the ATM located at Bank of the Flint Hills; 7860 E Highway 24, Manhattan, Kansas. Deputies detained three individuals over the course of the investigation.

21. The detained individuals were identified as Giovanny Miguel Octanto Yance, Luinder Daniel Cordova Castellano, and Jheison Alexander Lara-Sira. All three are reported to be Venezuelan Nationals.

22. Octanto Yance was contacted at the ATM and was holding a stack of US Currency. Octanto Yance matched the description of the suspicious person that was reported to have run from the ATM when the reporting party pulled onto the property to use the ATM. The reporting party stated the unknown male than ran from the ATM got into a dark colored Toyota Prius. Octanto Yance did not speak English and was ultimately released by PCSO.

23. A short time later, Deputies with PCSO located a dark color Toyota Prius leaving the immediate area of the ATM. Deputies followed the Prius to a nearby gas station and contacted the two occupants, Cordova Castellano and Lara-Sira. Neither of which spoke English. Deputies could smell and odor of marijuana emitting from the Prius and conducted a probable cause search of the vehicle. Marijuana is illegal to possess in the State of Kansas.

24. During the vehicle search, Deputies located a backpack containing approximately $15,000 in US Currency. Deputies located a driver's license belonging to Octanto Yance, linking him to the Prius. Deputies also located electronic equipment to include a laptop, keyboard, cables, tools, and a wireless hotspot.

25. Management with the Bank of Flint Hills were contacted and reviewed surveillance video which showed Octanto Yance standing at the ATM. Octanto Yance had been able to access the internal components of the ATM using a key. Octanto Yance was able to infect the ATM with malware and unlawfully withdraw approximately $16,000 in US Currency.

26. On December 22nd, 2025, a search warrant was executed on the cellphone that was seized from Cordova Castellano. Extractions from the cellphones contained Telegram chat conversations that were in Spanish and made references to ATMs as well as contained photos of ATMs. Those conversations started in or around November 2025 and continued throughout the BFH incident.

27. Participants in those accounts consisted of Octanto Yance and a user, identified under the name "Donatello". In a large portion of the group chats in mid-to-late November 2025, "Donatello" is communicating with Octanto Yance and instructing him on what ATMs to target and additional computing equipment to buy to gain remote access to ATM hard drives.

**Donatello**
ID: 5382 ESTADO: UTAH CIUDAD: OGDEN RED: WASATCH PEAKS CREDIT UNION SITIO WEB: WASATCHPEAKS.COM TIPO: DIEBOLD DN MAPA: https://maps.google.com/?cid=8518456687300237720

2025-11-22
04:21:46
+0000

**Donatello**
ID: 5381 ESTADO: UTAH CIUDAD: OGDEN RED: WASATCH PEAKS CREDIT UNION SITIO WEB: WASATCHPEAKS.COM TIPO: DIEBOLD MAPA: https://maps.google.com/?cid=4032644466190286168

2025-11-22
04:22:09
+0000

28.    "Donatello" is a known leader in Tren de Aragua's jackpotting conspiracy and has been observed, as with Ocanto Yance, directing individuals as to what bank locations to target for jackpots. For example, communications with "Donatello" on WhatsApp are observed in the phone of Jose Aliendres Garcia who has been indicted in 8:25CR190. Additionally, David Fallo-Santonicola, also a defendant in 8:25CR190, informed law enforcement in his post-arrest interview that he had met "Donatello" on multiple occasions and that "Donatello" was overseeing the jackpotting operations in the United States.

29.    Cordova Castellano was interviewed by law enforcement, and in a Mirandized interview, he identified a WhatsApp user "Puerto" as Giovanny Miguel Octanto Yance (14155095380).

30.    Cordova Casetllano's phone extraction revealed artifacts that were consistent with instructions sent from "Puerto" to Castellano to Grand Island, NE and LincOne Federal Credit Union in Nebraska. Below are screenshots from the message in WhatsApp:

2025-12-10
04:10:43 +0000

**14155095380 (Puerto)**
This message was deleted.

2025-12-10
08:41:56 +0000

**14155095380 (Puerto)**
https://maps.app.goo.gl/W4Wd9QQFqpByfQRV8?g_st=ipc

2025-12-11
00:36:22 +0000

*The Google maps address sent on 12/11/2025 resolves to 6700 S 70th Street, Lincoln, NE 68516*



*This is the resolution page that the link resolves to.*

31.    Puerto sent several locations on WhatsApp to Cordova Casetllano. Many of those addresses resolved to banks from Wyoming, Utah, Neveda and Nebraska.

32.    On 10-6-2025 Cordova Castellano sent a message via WhatsApp to "Puerto" that depicted him and Giovanny Miguel Octanto Yance together, and four other unknown males. Giovanny Miguell Octanto Yance is depicted wearing a black hat with the white "Playboy" Bunny and Luinder Daniel Cordova Castellano is depicted with a black hat, sunglasses and gray shoes. See below:





*Cropped version depicting only Giovanny Miguell Octanto Yance and Luinder Daniel Cordova Castellano*

33.    Additionally, "Puerto" is in several telegram chats responding to bank listings of ATM sites. On 12-10-2025, Puerto states this in response:

**Puerto** 

> Mira todos esos puntos son las redes que teníamos marcado en Utah, pero no la trabajamos muchos por qué nos vinimos a Nebraska, entonces que dicen ustedes ?

> Attachment shared: unable to display preview.

> 2025-12-10
> 01:05:29 +0000

English Translation: Look, all those points are the networks we had marked in Utah, but we didn't work on them much because we came to Nebraska. So what do you guys think?

34. After his response, a user, "Pier" sends a listing of several ATMs in Nebraska. See below:

**Pier**

> En Nebraska?

> 2025-12-10
> 17:26:04 +0000

**Pier**

> ID: 5092 ESTADO: NEBRASKA CIUDAD: LINCOLN RED: SECURITY FIRST BANK SITIO WEB: SECURITY1STBANK.COM TIPO: NCR MAPA: https://maps.google.com/?cid=5508916307449859323

> 2025-12-10
> 17:33:00 +0000

**Pier**

> ID: 7829 ESTADO: NEBRASKA CIUDAD: LINCOLN RED: LINCONE FEDERAL CREDIT UNION SITIO WEB: WWW.LINCONEFCU.ORG TIPO: NCR MAPA: https://maps.google.com/?cid=7330375002892420577

> 2025-12-10
> 17:33:46 +0000

35. Notably, the style and format of the messages were known to investigators as originating

from Vercel. Vercel has been documented as being used by the conspiracy to include those defendants indicted in 8:25CR190, 8:25CR242, and 8:26CR7. This involves a highly organized criminal enterprise that coordinates and organizes ATM jackpottings This includes identifying target banks/ATMs, recruiting members and coordinating their actions and payments, and tracking stolen funds and facilitating their laundering, among other criminal activities. Prior investigation has revealed this application, Vercel, as a platform of choice for building databases that uses for managing its criminal enterprise.

36.    Broadly, Vercel is a cloud platform for building, deploying, and scaling modern web applications. In simplified terms, Vercel gives its customers the ability to create applications for whatever needs the customer may have.

37.    Vercel has been identified in this case as at least one of the web applications used as a repository for housing information about ATMs and distributing information to subjects deploying the malware on ATMs across the USA. Below is an example of the application (top), compared to images found on Telegram chats located in Linder Daniel Cordova Castellano's cell phone extraction.

Below is a screenshot from Vercel Database:



Below is a screenshot from Luinder Daniel Cordova Castellano's phone:

**Pier**

ID: 7820 ESTADO: NEBRASKA CIUDAD: RED: FIRST NEBRASKA BANK SITIO WEB: WWW.FIRSTNEBRASKA.BANK TIPO: NCR MAPA: https://maps.google.com/?cid=14724292677332792979

2025-12-09
00:03:59 +0000

**Pier**

ID: 7803 ESTADO: NEBRASKA CIUDAD: OMAHA RED: COBALT CREDIT UNION SITIO WEB: WWW.COBALTCU.COM TIPO: NCR MAPA: https://maps.google.com/?cid=5109070125891076682

2025-12-09
00:12:35 +0000

**Pier**

ID: 7836 ESTADO: NEBRASKA CIUDAD: BLAIR RED: OMAHA FEDERAL CREDIT UNION SITIO WEB: WWW.OMAHAFCU.ORG TIPO: NCR MAPA: https://maps.google.com/?cid=11781400306595365547

2025-12-09
00:13:44 +0000

38.   On 12-10-2025, user "Pier" sent a listing for an ATM in LincOne Federal Credit Union. That screenshot of the listing can be seen below:

**Pier**

ID: 7829 ESTADO: NEBRASKA CIUDAD: LINCOLN RED: LINCONE FEDERAL CREDIT UNION SITIO WEB: WWW.LINCONEFCU.ORG TIPO: NCR MAPA: https://maps.google.com/?cid=7330375002892420577

2025-12-10
17:33:46 +0000

39.   Of note, the ID for the LincOne Federal Credit Union in Lincoln, Nebraska of 7829, is the same ID sent to CESAR ANTONIO IDROGO-RENGEL when referring to the same institution in October 2025 by a different leader within the conspiracy. Idrogo-Rengel is indicted in 8:26CR7.

40.   Octanto Yance was indicted by a federal grand jury for bank larceny on January 7th, 2026, in the District of Kansas.

41.　Special Agents of the FBI Omaha Cyber Task Force were notified of the suspected ATM jackpotting crews and informed of their arrests by Special Agent Alexander Rayas from FBI Houston. SA Crites also described the events and provided the subject names that were arrested in Louisiana. FBI Omaha was also informed that all seven subjects have illegal status in the United States.

42.　In 2017, Wester Eduardo Dugarte Goicochea was convicted in the Central District of Utah for Bank Robbery and Aiding and Abetting after committing an ATM jackpot at Mountain America Credit Union in St. George, Utah in which $98,000.00.

43.　Importantly, to execute the jackpot, criminals rely on numerous, oftentimes specialized, electronic devices necessary to compromise ATMs. They rely on numerous devices in order to account for model-specific characteristics of the ATMs. Put simply, some models of ATMs can be exploited with a certain set of tools, while other models require a different set of tools. As such, certain models of ATM are better suited for exploitation through the use of malware-containing hard drives that are installed in an ATM's computer, while other models of ATM are better suited for exploitation using malware-containing Raspberry Pi devices or Direct Memory Access (DMA) hardware. Notably, DMA devices used to exploit to read or to manipulate the computer's memory directly allows the devices to transfer data to and from system memory **without** involving the CPU. These devices are not common, everyday use in the general public. Along with cell phones, computing devices, cables, ATM keys, Wi-Fi hotspots and a DMA Captain device were found in the residence subsequent to a search warrant. The fact that such a combination of devices would be found from out-of-state, undocumented Venezuelan nationals, traveling in multiple vehicles, is consistent with virtually all other ATM jackpotting crews known to law enforcement.

44.　After reviewing the circumstances of the arrests, there was sufficient cause to believe that the individuals arrested were, in fact, likely ATM jackpotters. In my training and experience working crimes related to ATM jackpotting, it is known that crews of several people travel across the country in multiple vehicles going from ATM to ATM scouting their next targets. They travel in multiple vehicles because each group is assigned a specific role in the ATM jackpot. For example, one group will typically serve as a lookout while the other groups have their own roles in accessing the ATM or transporting stolen funds.

45.　We have also learned from our investigations that coordination is handled both internally among the groups using cell phones to communicate, and externally by higher-level accomplices and centralized entities who also communicate through encrypted messaging apps via cell phone. In my experience, cell phones often contain valuable evidence of jackpotting crimes, to include routes/maps of targeted sites, images and videos of ATM jackpottings, and communications with co-conspirators discussing their crimes.

46.　Giovanny Ocanto-Yance, Wildrian Caceres Bautista, Alexis Gonzalez Rodriguez, Jeanmar Jibely Millan-Parra, Henry Gonzalez Gutierrez, Mauro Briceno Caldera and Wester Eduardo Dugarte Goicochea are Venezuelan nationals with ICE detainers in place, currently pending removal proceedings.

47.    Based on the foregoing, your affiant submits that there is probable cause to believe that Giovanny Ocanto-Yance, Henry Gonzalez Gutierrez, Mauro Briceno Caldera and Wester Eduardo Dugarte Goicochea committed a violation of Title 18, United States Code 371.


Brandon Stigge, Task Force Officer
Federal Bureau of Investigation


Sworn to before me by telephone or other reliable electronic means:

Date:   February 10, 2026

City and State: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge